IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ELIZABETH LEBRON, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-05-3519 |
| § | |
| JO ANNE BARNHART, § | |
| COMMISSIONER OF THE § | |
| SOCIAL SECURITY § | |
| ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum and Order entered on this date, it is ORDERED and ADJUDGED that Defendant's Motion for Summary Judgment (Document No. 11), is GRANTED, Plaintiff's Motion for Summary Judgment (Document No. 10) is DENIED, and the Commissioner's decision is AFFIRMED.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas, this 22nd day of December, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE